Kovacs Sec. Sys., Inc. v Belessis (2021 NY Slip Op 50076(U))

[*1]

Kovacs Sec. Sys., Inc. v Belessis

2021 NY Slip Op 50076(U) [70 Misc 3d 137(A)]

Decided on February 4, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 4, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : JERRY GARGUILO, J.P., TERRY JANE RUDERMAN, ELIZABETH H.
EMERSON, JJ

2019-1140 N C

Kovacs Security Systems, Inc., Respondent,
against
Rea Belessis, Appellant. Rea Belessis,
 against
Kovacs Security Systems, Inc.

Effy B. Jable, for appellant.
Jay A. Press, P.C. (Danielle N. Grzan of counsel), for respondent (no brief filed).

Appeal from an order of the District Court of Nassau County, First District (Robert E. Pipia,
J.), dated April 1, 2019. The order in this consolidated action, insofar as appealed from as limited
by the brief, denied the branch of Rea Belessis's motion seeking to vacate Kovacs Security
Systems, Inc.'s notice of trial and strike the action from the trial calendar.

ORDERED that the order, insofar as appealed from, is reversed, without costs, and the
branch of Rea Belessis's motion seeking to vacate Kovacs Security Systems, Inc.'s notice of trial
and strike the action from the trial calendar is granted.
The present action results from the consolidation [FN1]
of an action commenced by Kovacs Security Systems, Inc. (Kovacs) seeking to recover damages
for breach of contract, with a small claims action commenced by Rea Belessis seeking to recover
the principal sum of $4,000, representing the deposit she made to Kovacs upon signing that
contract.

After Kovacs filed a notice of trial and a certificate of readiness, Belessis moved, among
other things, pursuant to, in effect, Uniform Civil Rules for District Courts (22 NYCRR) §
212.17 (c), to vacate the notice of trial and to strike the action from the calendar. Belessis
appeals, as limited by her brief, from so much of an order of the District Court as denied that
branch of her motion.

The branch of Belessis's motion seeking to vacate the notice of trial and strike the action
from the trial calendar should have been granted. Uniform Civil Rules for District Courts (22
NYCRR) § 212.17 (c) provides that a party may move to vacate a notice of trial within 20
days of its service and that "[t]he affidavit in support of the application must specify the reason
the action is not entitled to be on the calendar." Belessis's motion was timely (see CPLR
2103 [b] [2]) and the action was not ready for trial because no discovery had been conducted
(see Uniform Civ Rules for Dist Cts [22 NYCRR] § 212.17 [c]; see also Tirado
v Miller, 75 AD3d 153, 156 [2010]; Audiovox Corp. v Benyamini, 265 AD2d 135,
138 [2000]).

Accordingly, the order, insofar as appealed from, is reversed and the branch of Belessis's
motion seeking to vacate the notice of trial and strike the action from the trial calendar is
granted.
GARGUILO, J.P., RUDERMAN and EMERSON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: February 4, 2021

Footnotes

Footnote 1: The August 20, 2018
consolidation order retained the two separate captions with their respective index numbers.